AARON D. FORD
  Attorney General
JAMIE S. HENDRICKSON, (Bar No.12770)
  Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Ste. 100
Las Vegas, Nevada 89119
(702) 486-3326 (phone)
(702) 486-3768 (fax)
Email: jhendrickson@ag.nv.gov

*Attorneys for Interested Party*
*Nevada Department of Corrections*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MATHEW L. WILLIAMS,<br><br>            Plaintiff,<br><br>v.<br><br>JEREMY BEAN, *et al.*,<br><br>            Defendants. | Case No. 2:24-cv-01034-RFB-MDC<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff, Mathew L. Williams, and Interested Party Nevada Department of Corrections, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Jamie S. Hendrickson, Senior Deputy Attorney General, of the State of Nevada, Office of the Attorney General, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned action be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

///

///

///

///

///

///

The Parties have resolved this matter in its entirety, the terms of the agreement have been satisfied, and the parties agree that the Court may accordingly close the case, with prejudice. Any outstanding deadlines are considered moot.

DATED this 23rd day of May, 2025.

By: _____
MATHEW L. WILLIAMS #1095205
Plaintiff

DATED this 23rd day of May, 2025

AARON D. FORD
Attorney General

By: /s/ Jamie S. Hendrickson
JAMIE S. HENDRICKSON, (Bar No.12770)
Senior Deputy Attorney General
*Attorneys for Interested Party*

## ORDER

**IT IS SO ORDERED.** This matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

DATED June 26, 2025.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE